# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| **RACHEL BROOKS (n/d/a ZELL),** | |
| **Plaintiff,** | |
| vs. | Case No. 1:21-cv-111-DRL-SLC |
| **EXEL, INC. d/b/a DHL SUPPLY CHAIN,** | |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL *WITHOUT* PREJUDICE

Plaintiff Rachel Brooks (n/k/a Zell) and Defendant Exel, Inc. d/b/a DHL Supply Chain (USA), all parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, *without* prejudice, the parties to bear their own costs, including attorneys' fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */ s / Christopher C. Myers (w/permission)* <br> Christopher C. Myers <br> CHRISTOPHER C. MYERS & ASSOCIATES <br> 809 South Calhoun Street <br> Suite 400 <br> Fort Wayne, IN 46802 <br> cmyers@myers-law.com <br> *Attorneys for Plaintiff Rachel Brooks (n/k/a Zell)* | By: */ s / Rebecca L. Loeffler* <br> Amy S. Wilson, #24184-49 <br> Rebecca L. Loeffler, #25498-75 <br> FROST BROWN TODD LLC <br> 201 N. Illinois Street, Suite 1900 <br> P.O. Box 44961 <br> Indianapolis, IN 46244-0961 <br> (317) 237-3800 <br> (317) 237-3900 fax <br> *Attorneys for Defendant Exel Inc. d/b/a DHL Supply Chain (USA)* |